FILED

APR 1 0 2023

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

**Attachment A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Britt Jorriel Hammons 15819-064 )
U.S.P. Hazelton                  )
PO Box 2000                      )
Bruceton Mills WV 26525        , )
(Full name under which you were convicted, )
prison number, place of confinement, and )
full mailing address)            )
                                 )
                                 )
          Petitioner,            )
    vs.                          )
                                 )
Ms. S. Brown, et al            , )
(Name of Warden or other authorized person )
where you are incarcerated)      )
                                 )
                                 )
          Respondent.            )
_____  )

**Petition for Habeas Corpus
Pursuant to 28 U.S.C. § 2241**

Civil Action No. 5:23-cv-138
(to be assigned by Clerk)

Bailey, Mazzone, Prince

**Important notes to read before completing this form:**

★   Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

1.  This petition concerns (check the appropriate box):

    ☒  a conviction
    ☒  a sentence
    ☐  jail or prison conditions
    ☐  prison disciplinary proceedings
    ☐  a parole problem
    ☐  other, state briefly: _____

Attachment A

_____
_____
_____

2. Are you represented by counsel?   ☐ Yes   ☒ No

   If you answered yes, list your counsel's name and address: N/A

3. List the name and location of the court which imposed your sentence:
   United States District Court for the Western District of Oklahoma
   Oklahoma City, Oklahoma

4. List the case number, if known: Cr-00172 f-1

5. List the nature of the offense for which the sentence was imposed:
   Felon in possession of a firearm 18 USC 922(g)(1)
   Enhanced penalty 18 USC 924(e)

6. List the date each sentence was imposed and the terms of the sentence:
   April 27 2005, for 180 months

7. What was your plea to each count? (Check one)

   ☒  Guilty
   ☐  Not Guilty
   ☐  Nolo Contendere

Attachment A

8. If you were found guilty after a plea of not guilty, how was that finding made?

☐ A jury
☒ A Judge without a jury
☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

☐ Yes   ☐ No

10. If you did appeal, give the following information for each appeal:

A. Name of Court: United States Court of appeal for the tenth Cir
B. Result: Deny
C. Date of Result: November 1, 2005
D. Grounds raised (List each one): That the district court abuse its discretion In Making an Armed Career Criminal Sentence to run Consecutively to defendant(s) prior State Sentence

Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

☒ Yes   ☐ No

If your answer was yes, complete the following sections:

A. First post-conviction proceeding:
   1. Name of Court: United States Court of Appeal for the tenth Cir.

2. Nature of Proceeding: 28 U.S.C. 2255
3. Grounds Raised: That the residual clause in AccA don't apply to him
4. Did you receive an evidentiary hearing? ☐ Yes ☐ No
5. Result: Deny
6. Date of Result: July 7 2017

B. Second post-conviction proceeding:
1. Name of Court: United States Court of appeal for the tenth cir
2. Nature of Proceeding: 28 U.S.C. 2255
3. Grounds Raised: That the AccA don't apply to the defendant
4. Did you receive an evidentiary hearing? ☐ Yes ☒ No
5. Result: Deny
6. Date of Result: 5/18/18

C. Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
1. First proceeding: ☒ Yes ☐ No Result: Deny
2. Second proceeding: ☒ Yes ☐ No Result: Deny

D. If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: N/A

12. For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

A. U.S. Parole Commission unlawfully revoked my parole.
B. Federal Bureau of Prisons unlawfully computed my sentence.

Attachment A

    C.    Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
    D.    Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
    E.    There is an unlawful detainer lodged against me.
    F.    I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
    G.    The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

    A.    Ground one:

Claim: Mr. Hammons Conviction & Sentence is UnConstitution

On June 21 2019, Mr. Hammons Conviction & Sentence became very UnConstitution & Unlawful; When the Supreme Court Made their ruling in the Rehaif case.

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).

Mr. Hammons Never knew that the government had to prove without doubt that Mr. Hammons: 1) possessed of an firearm and 2). That he knew that he belong to relevant Category of people that is Bar from having or possessed of an firearm.

    B.    Ground two:

Attachment A

Claim: Mr. Hammons is Actually Innocence of his Conviction & Sentence

Mr. Hammons Conviction & Sentence is in the greatest of Voilation of the Original Constitution & the Constitution of the State of Oklahoma

Supporting facts:
How Could Mr. Hammons, ever knew that he Couldn't possesse an firearm When the hightest law of the land the Original Constitution & the Constitution of the State of Oklahoma Guarantee that Mr. Hammons Can infact possesse an firearm.

C. Ground three:
Claim: Mr. Hammons is Actually Innocence of his Sentence & Conviction

On March 7 2022, Mr. Hammons became Actually Innocence of his conviction & Sentence; When nine (9) Supreme Court Justice rule that the very language in the federal Statute 18 U.S.C. 924(e) is Very Unconstitution & unlawful? See: Wooden vs. United States.

Supporting facts:
Mr. Hammons was Sentence as a Armed Career Criminal due to the three (3) predicete that happen on Occasions different from one another... However as of March 7 2022, Mr. Hammons three (3) predicete only counts as one due to the very fact that it was the same empty house, the same Sheme & plot Not one thing Change.

D. Ground four:
Claim: Mr. Hammons is Actually Innocence of his Sentence & Conviction

On June 23, 2022, Mr. Hammons became actually innocence when the Supreme Court handed down it's decision in the; Kanter V. Barr, Case.

Attachment A

Supporting facts:
American citizens with felony records are surely part of "the people" covered by the plain text of the Second Amendment and so their conduct in possessing a firearm would seem presumptively protected... Founding-era legislatures did not strip felons of the right to bear arms simply because of their Status as felons.

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:
Mr. Hammons presented these very facts to the United States Court of Appeal for the tenth Cir. that holds that these grounds aren't Newly discover Evidence and they aren't Newly rules of Constitutional that was made retroactive. But they are just legal opinion.. So Mr. Hammons 28 U.S.C. 2255 was deny

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

   A.  Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

       ☐ Yes    ☒ No

   1.  If your answer to "A" above was yes, what was the result:
       N/A

Attachment A

2. If your answer to "A" above was no, explain:
This isn't a institution issue its an legal issue

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☐ Yes   ☒ No

1. If your answer to "B" above was yes, what was the result:
N/A

2. If your answer to "B" above was no, explain:
This isn't a institution issue

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

1. Make no legal arguments.
2. Cite no cases or statutes.
To have Mr. Hammons Sentence's Vacate 's remand Immediately

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.
   Mr. Hammons presented these very important facts to the United States Court of Appeal for the tenth cir.

Signed this ___5___ day of __April__, __2023__.
             (day)              (month)           (year)

_____
Your Signature

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: April 5 2023     _____
                                     Your Signature

Attachment D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

APR 1 0 2023

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Britt Jarriel Hammons
_____
*Your full name*

v.

Brown   et al
_____
_____
_____

*Enter above the full name of respondent in this action*

Civil Action No.: 5:23-cv-138

## Certificate of Service

I, Britt Jarriel Hammons (your name here), appearing *pro se*, hereby certify that I have served the foregoing 28 U.S.C. 2241 (title of document being sent) upon the respondent by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the respondent on 4/5/23 (insert date here):

(List name and address of counsel for respondent)

_____
(sign your name)